Robert F. Kane, Esq. (SBN 71407)
LAW OFFICES OF ROBERT F. KANE
870 Market Street, Suite 1128
San Francisco, CA 94102
Tel.: (415) 982-1510
Fax: (415) 982-5821
Rkane1089@aol.com

James L. Feldesman, Esq.
Marisa B. Guevara, Esq.
FELDESMAN TUCKER LEIFER FIDELL LLP
1129 20th Street, Fourth Floor
Washington, D.C. 20036
Tel.: (202) 466-8960
Fax: (202) 293-8103
jfeldesman@feldesmantucker.com
mguevara@feldesmantucker.com

Attorneys for Plaintiff North East Medical Services, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| NORTH EAST MEDICAL SERVICES, INC., <br><br> *Plaintiffs,* <br> v. <br><br> CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES AGENCY et al., <br><br> *Defendants.* | CASE NO. CV-10-2433-RS <br><br> **STIPULATION TO CONTINUE HEARING ON MOTION TO DISMISS AND ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff North East Medical Services, Inc. and Defendants California Department of Health Care Services, Health and Human Services Agency, the State of California and David Maxwell-Jolly, through their respective counsel, that the hearing on the Motion to Dismiss currently set for September 9, 2010 be continued to October 28, 2010. The parties further stipulate that Plaintiff's Opposition to

//

//

//

the Motion to Dismiss is due on September 17, 2010.

Dated: August 18, 2010

Edmund G. Brown Jr.
Attorney General of California

*/s/ Sarah Kurtz*

By: Sarah Kurtz
Deputy Attorney General
Attorneys for Defendants

Dated:: August 18, 2010

FELDESMAN TUCKER LEIFER FIDELL LLP
LAW OFFICES OF ROBERT F. KANE

*/s/ Marisa B. Guevara*

By: Marisa B. Guevara, Esq.
Attorneys for Plaintiff
North East Medical Services, Inc.

## ORDER

On reading and filing the stipulation of the parties hereto and good cause appearing therefore,

IT IS HEREBY ORDERED that:

1. The hearing on the Motion to Dismiss be continued from September 9, 2010 to October 28, 2010; and

2. Plaintiff's Opposition to the Motion to Dismiss is due on September 17, 2010.

Dated: 8/23/10

_____
UNITED STATES DISTRICT COURT JUDGE

the Motion to Dismiss is due on September 17, 2010.

Dated: August 18, 2010

Edmund G. Brown Jr.
Attorney General of California

By: Sarah Kurtz
Deputy Attorney General
Attorneys for Defendants

Dated:: August 18, 2010

FELDESMAN TUCKER LEIFER FIDELL LLP
LAW OFFICES OF ROBERT F. KANE

By: Marisa B. Guevara, Esq.
Attorneys for Plaintiff
North East Medical Services, Inc.

## ORDER

On reading and filing the stipulation of the parties hereto and good cause appearing therefore,

IT IS HEREBY ORDERED that:

1. The hearing on the Motion to Dismiss be continued from September 9, 2010 to October 28, 2010; and

2. Plaintiff's Opposition to the Motion to Dismiss is due on September 17, 2010.

Dated: 8/23/10

UNITED STATES DISTRICT COURT JUDGE