Robert F. Kane, Esq. (SBN 71407)
LAW OFFICES OF ROBERT F. KANE
870 Market Street, Suite 1128
San Francisco, CA 94102
Tel.: (415) 982-1510
Fax: (415) 982-5821
Rkane1089@aol.com

James L. Feldesman, Esq.
Marisa B. Guevara, Esq.
FELDESMAN TUCKER LEIFER FIDELL LLP
1129 20th Street, Fourth Floor
Washington, D.C. 20036
Tel.: (202) 466-8960
Fax: (202) 293-8103
jfeldesman@feldesmantucker.com
mguevara@feldesmantucker.com

Attorneys for Plaintiff North East Medical Services, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| NORTH EAST MEDICAL SERVICES, INC., | CASE NO. CV-10-2433-RS |
|---|---|
| Plaintiffs, | STIPULATION TO RELATE CASES AND TO CONTINUE CASE MANAGEMENT CONFERENCE AND HEARING ON MOTION TO DISMISS |
| v. | |
| CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES AGENCY, STATE OF CALIFORNIA, et al., | |
| Defendants. | |

STIPULATION

WHEREAS, on October 13, 2010, counsel for Plaintiff filed a complaint entitled *La Clinica De La Raza, Inc. v. California Department of Health Care Services, et al.*, N.D. Ca. No. CV 10 4605 ("*Clinica* action") that was assigned to Magistrate Judge Laurel Beeler. The *Clinica* action raises the same issues that are before this Court in the above entitled action. The plaintiff in the *Clinica* action, like the plaintiff in the above entitled action, is a nonprofit corporation created pursuant to section 330 of the federal Public Health Service Act (42 U.S.C.

§ 254b) and the defendants in both actions are identical.

AND WHEREAS, the parties hereby stipulate that the *Clinica* action should be deemed related to the above entitled action and be assigned to this Court. Specifically, pursuant to Local Rule 3-12(b), the parties agree that both actions concern substantially the same parties, property, transactions or events in that both actions contain the same claims, the same defendants, and similar plaintiffs. Moreover, it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges.

AND WHEREAS, pursuant to Stipulation and Order filed on September 8, 2010, the parties advised this Court that such a related action would be filed and as requested this Court continued the hearing on the Defendants' Motion to Dismiss and the Case Management Conference to January 6, 2010 at 1:30 p.m.

AND WHEREAS, counsel for Defendants will need time to determine if a Motion to Dismiss will be filed in the *Clinica* action.

THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiffs North East Medical Services, Inc. and La Clínica De La Raza, Inc. and Defendants California Department of Health Care Services Agency, State of California; David Maxwell-Jolly, Director of Health Care Services, Health and Human Services Agency, the State of California; and the State of California, through their respective counsel, that:

1. The *Clinica* action shall be related to the above entitled matter and assigned to the Honorable District Court Judge Richard Seeborg.

2. Counsel for Defendants shall accept service of the summons and complaint in the *Clinica* action and shall have until December 17, 2010 to file a response respond by way of answer or motion to dismiss.

3. The hearing on the Motion to Dismiss and the Case Management Conference in the above entitled action currently set for January 6, 2011 at 1:30 p.m. shall be continued to February 3, 2011 at 1:30 p.m. and Plaintiff North East Medical Services, Inc.'s Opposition to the Motion to Dismiss will be filed on or before December 1, 2010.

4. The initial Case Management Conference in the *Clinica* action shall be held on February 3, 2011 at 1:30 p.m. If counsel for Defendants files a Motion to Dismiss in the *Clinica* action that motion shall also be heard on February 3, 2011 at 1:30 p.m.

Dated: November 9, 2010

Edmund G. Brown Jr.
Attorney General of California

By: Sarah Kurtz
Deputy Attorney General
Attorneys for Defendants
California Depatment of Health Care Services Agency, State of California;
David Maxwell-Jolly, Director of Health Care Services, Health and Human Services Agency State of California; and the State of California

Dated: November 4, 2010

FELDESMAN TUCKER LEIFER FIDELL LLP
LAW OFFICES OF ROBERT F. KANE

By: Robert F. Kane
Attorneys for Plaintiffs
North East Medical Services, Inc. and
La Clínica De La Raza, Inc.

Pursuant to stipulation, it is so ordered.

November 10, 2010

RICHARD SEEBORG
United States District Judge

STIPULATION TO RELATE CASES

3