*E-Filed 12/8/10*

Robert F. Kane, Esq.
LAW OFFICES OF ROBERT F. KANE
870 Market Street, Suite 1128
San Francisco, CA 94102
Tel.: (415) 982-1510
Fax: (415) 982-5821
Rkane1089@aol.com

James L. Feldesman, Esq.
Marisa B. Guevara, Esq.
FELDESMAN TUCKER LEIFER FIDELL LLP
1129 20th Street, NW, Fourth Floor
Washington, D.C. 20036
Tel.: (202) 466-8960
Fax: (202) 293-8103
jfeldesman@feldesmantucker.com
mguevara@feldesmantucker.com

Attorneys for Plaintiffs North East Medical Services, Inc. and
La Clinica De La Raza, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| NORTH EAST MEDICAL SERVICES, INC., <br><br> Plaintiffs, <br> v. <br><br> CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES, HEALTH AND HUMAN SERVICES AGENCY, STATE OF CALIFORNIA, THE STATE OF CALIFORNIA, and Does 1-50, inclusive <br> Defendants. | CASE Nos. CV10-2433-RS <br> CV10-4605-RS <br><br> STIPULATION TO RE-FILE PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS AND EXTENSION OF TIME TO RESPOND AND P~~ROPOSED~~ ORDER |
| LA CLINICA DE LA RAZA, INC., <br><br> Plaintiff, <br> v. <br><br> CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES, et al., <br> Defendants. | Date: February 3, 2011 <br> Time: 1:30 pm <br> Courtroom: 3 <br> Judge: Hon. Richard J. Seeborg <br> Trial Date: None Set <br> Action Filed: June 2, 2010 |

## STIPULATION

WHEREAS, the parties previously stipulated between them on November 10, 2010, that Plaintiff's Opposition to the Motion to Dismiss ("Opposition") be filed on or before December 1, 2010. Plaintiff timely e-filed the Opposition on December 1. Immediately after filing, however, unforeseen errors within the Opposition document were discovered.

AND WHEREAS, parties now stipulate that the Opposition may be refiled in its entirety on Monday, December 6, 2010.

AND WHEREAS, parties now stipulate that Defendant's time to respond to the Complaint in *La Clinica de la Raza, Inc. v. California Department of Health Care Services, et al.* is extended five days and will be filed on or before Wednesday, December 22, 2010.

THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiffs North East Medical Services, Inc. and La Clínica De La Raza, Inc. and Defendants California Department of Health Care Services Agency, State of California; David Maxwell-Jolly, Director of Health Care Services, Health and Human Services Agency, the State of California; and the State of California, through their respective counsel, that:

1. Counsel for Plaintiffs may refile the Opposition on Monday, December 6, 2010.

2. Counsel for Defendants shall have until December 22, 2010 to respond IN THE *La Clinica* action by way of answer or motion to dismiss.

Dated: December 6, 2010

Edmund G. Brown Jr.
Attorney General of California

By: Sarah Kurtz
Deputy Attorney General
Attorneys for Defendants
California Depatment of Health Care Services Agency, State of California;
David Maxwell-Jolly, Director of Health Care Services, Health and Human Services Agency
State of California; and the State of California

Dated: December 6, 2010

FELDESMAN TUCKER LEIFER FIDELL LLP
LAW OFFICES OF ROBERT F. KANE

1
2
   By: Marisa B. Guevara
3      Robert F. Kane
   Attorneys for Plaintiffs
4  North East Medical Services, Inc. and
   La Clínica De La Raza, Inc.
5
6
7                          **ORDER**
8
   Pursuant to Stipulation, it is so ordered.
9
   Dated: 12/8/10
10
                                    RICHARD SEEBORG
11                                  United States District Judge
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION TO REFILE
2