*E-FILED 1/25/11*

1  KAMALA D. HARRIS
   Attorney General of California
2  KARIN S. SCHWARTZ
   Supervising Deputy Attorney General
3  SARAH E. KURTZ
   Deputy Attorney General
4  State Bar No. 99881
     455 Golden Gate Avenue, Suite 11000
5    San Francisco, CA  94102-7004
     Telephone: (415) 703-5562
6    Fax: (415) 703-5480
     E-mail: Sarah.Kurtz@doj.ca.gov
7  *Attorneys for Defendants*

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA CLINICA DE LA RAZA, INC., | 10-CV-04605-RS |
| Plaintiffs, | 10-CIV-02433-RS |
| v. | |
| CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES, TOBY DOUGLAS, DIRECTOR OF DEPARTMENT OF HEALTH CARE SERVICES, STATE OF CALIFORNIA, and Does 1-50, Inclusive, | STIPULATION TO RESET CASE MANAGEMENT CONFERENCES AND HEARING DATE ON MOTIONS TO DISMISS FROM FEBRUARY 3, 2011 TO FEBRUARY 10, 2011, AND ~~PROPOSED~~ ORDER |
| Defendants. | |
| NORTH EAST MEDICAL SERVICES, INC., | Courtroom:   3<br>Judge:        Hon. Richard Seeborg<br>Trial Date:   None Set |
| Plaintiff, | Action Filed: June 2, 2010 (NEMS)<br>October 13, 2010 (La Clinica) |
| v. | |
| CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES, et al., | |
| Defendants. | |

1

Stipulation and ~~Proposed~~ Order (10-CV-04605-RS and 10-CV-02433-RS)

## STIPULATION

WHEREAS, the parties previously stipulated between them that the parties' Case Management Conferences be held and Defendants' Motions to Dismiss be heard on February 3, 2011 at 1:30 p.m.,

AND WHEREAS counsel for defendants has a workload conflict that has since arisen for that week. Specifically, defense counsel was served last week with a Petition for Review in the California Supreme Court in *Mental Health Association in California et al. v. Schwarzenegger et al.*, and any Answer is due on or before February 7, 2010,

AND WHEREAS, the parties now stipulate that the Case Management Conferences and hearing on the Motions to Dismiss may be reset to the following week on February 10, 2011 at 1:30 p.m.,

THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiffs North East Medical Services, Inc. and La Clinica de la Raza, Inc. and Defendants California Department of Health Care Services, Toby Douglas, Director of the Department of Health Care Services, and the State of California through their respective counsel, that the Case Management Conferences and the hearing on Defendants' Motions to Dismiss may be reset to February 10, 2011 at 1:30 p.m..

Dated: January 24, 2011

KAMALA D. HARRIS
Attorney General of California

BY: SARAH E. KURTZ
Deputy Attorney General
*Attorneys for Defendants*

Dated: January 25, 2011

FELDESMAN TUCKER LEIFER FIDELL LLP
LAW OFFICES OF ROBERT F. KANE

By: Marisa B. Guevara
North East Medical Services, Inc. and
La Clinica de la Raza, Inc.

## ORDER

Pursuant to Stipulation, it is so ordered.

Dated: 1/25/11

RICHARD SEEBORG
United States District Judge