KAMALA D. HARRIS
Attorney General of California
SUSAN M. CARSON
Supervising Deputy Attorney General
JOSHUA N. SONDHEIMER
Deputy Attorney General
State Bar No. 152000
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-5615
  Fax:  (415) 703-5480
  E-mail:  Joshua.Sondheimer@doj.ca.gov
*Attorneys for Defendants State of California,
Dep't of Health Care Services, and Toby Douglas*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **NORTH EAST MEDICAL SERVICES, INC.**, | CV 10-2433 CW |
| Plaintiff, | [Proposed] **JUDGMENT** |
| v. | |
| **CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES, ET AL.**, | |
| Defendants. | |

On May 13, 2014, the Court granted Defendants' motion for summary judgment and denied Plaintiff's cross-motion for summary judgment. ECF No. 94. Accordingly, pursuant to Federal Rule of Civil Procedure 58, the Court ENTERS JUDGMENT in favor of all Defendants and against Plaintiff.

IT IS SO ORDERED.

Dated: 9/15/2014

The Honorable Claudia Wilken

JUDGMENT (CV10-2433-CW)